1  VALENTI LAW APC
   Matt Valenti, Esq. (State Bar No. 253978)
2  E-mail: mattvalenti@valentilawapc.com
3  5252 Balboa Avenue, Suite 700
   San Diego, CA 92117
4  Phone: (619) 540-2189

5  Attorney for Plaintiff Raul Uriarte-Limon

6

7

8

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12  RAUL URIARTE-LIMON,                    Case No.: 5:24-cv-01288-KK-SP

13                                         NOTICE OF SETTLEMENT
          Plaintiff,
14
        vs.
15
16  CUSTOM TILE, STONE & DECOR,
    INC.; LYNN DUDLEY; and DOES 1-
17  10,
18
          Defendants.
19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT - 1

1    Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global

2  settlement has been reached in the above-captioned case and the parties would like

3  to avoid any additional expense and further the interests of judicial economy.

4  Plaintiff therefore applies to this Honorable Court to vacate all currently set dates

5  with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as

6  to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

7

8  Respectfully submitted,

9

10  DATED:  August 16, 2024                    VALENTI LAW APC

11

12                                        By:   */s/ Matt Valenti*

13                                              Matt Valenti, Esq.

14                                              Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28