VALENTI LAW APC
Matt Valenti, Esq. (SBN 253978)
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189
Email: mattvalenti@valentilawapc.com

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, | Case No.: 5:24-cv-01288-KK-SP |
| Plaintiff, | STIPULATION TO DISMISS PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |
| vs. | |
| CUSTOM TILE, STONE & DECOR, INC.; LYNN DUDLEY; and DOES 1-10, | |
| Defendants. | |

1    Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), the parties hereby dismiss this

2   action with prejudice as to all parties; each party to bear his/her/its own attorneys'

3   fees and costs (except as Defendants may have agreed to the contrary as between

4   each other as to their attorneys' fees and costs). The case has been settled.

5

6    Respectfully submitted,

7

8    DATED:  September 9, 2024                    VALENTI LAW APC

9

10                                        By:  */s/ Matt Valenti*
                                               _____
11
                                               Matt Valenti
12                                             Attorney for Plaintiff
                                               Raul Uriarte-Limon
13

14

15   DATED:  September 9, 2024                    THE KARLIN LAW FIRM LLP

16

17

18                                        By:  */s/ Rex Reeves*
                                               _____
19                                             Rex Reeves, Esq.
                                               Attorney for Defendants
20                                             Custom Tile Stone & Décor, Inc.
                                               Lynn Dudley
21

22

23

24

25

26

27

28

_____

STIPULATION TO DISMISS PURSUANT TO F.R.CIV.P. 41 (A)(1)(A)(II) - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

DATED:  September 9, 2024                    VALENTI LAW APC


By:  */s/ Matt Valenti*
_____
Matt Valenti, Esq.
Attorney for Plaintiff